IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



UNITED STATES OF AMERICA

v.   Criminal No. 3:05cr30

JOHN FOGG

**ORDER**

Having reviewed the MOTION TO TERMINATE DEFENDANT'S SUPERVISED RELEASE TERM (ECF No. 55) and the GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF No. 57), and it appearing that the defendant has performed in a satisfactory manner while on Supervised Release and that neither the Probation Office nor the United States has any substantive basis for opposing the motion, it is hereby ORDERED that the MOTION TO TERMINATE DEFENDANT'S SUPERVISED RELEASE TERM (ECF No. 55) is granted to the extent that, the defendant's term of Supervised Release shall expire on September 1, 2017; provided, however, the Probation Office shall report any violations of the conditions of Supervised Release that occur before that date by way of a Petition On Supervised Release.

The Clerk is directed to send a copy of this ORDER to the defendant.

It is so ORDERED.

/s/ _REP_
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: June 15, 2017